1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| SUSAN J. FOX, | Case No. 2:16-cv-02787 CAS(JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | |
| Defendant. | |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-02787 CAS (JEMx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: September 22, 2017

Hon. Christina A. Snyder
United States District Court Judge

1

158747.1